**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-22281-GAYLES**

**LISA BALDINO,**

**Plaintiff,**

**v.**

**THE CORAL GABLES TRUST COMPANY, Individually and as Co-Trustee of the Rosella Baldino Trust, and ARTHUR R. REDGRAVE, Individually and as Co-Trustee of the Rosella Baldino Trust,**

**Defendants.**
______________________________________________/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE OF THE CITIZENSHIP OF THE PARTIES**

Plaintiff Lisa Baldino ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Paperless Order dated August 8, 2025, by her undersigned counsel, hereby submits her Certificate of Interested Parties, Statement of the Parties' Citizenship and Certificate of No Conflict of Interest, as follows:

**CERTIFICATE OF INTERESTED PARTIES**

The following listed parties may have a pecuniary interest in the outcome of this case:

1. Lisa Baldino, Plaintiff;
2. Michael J. Geraghty, Attorney for Plaintiff;
3. Robert A. Selig, Attorney for Plaintiff;
4. Sills Cummis & Gross P. C., Plaintiff's Attorneys' Firm;
5. The Coral Gables Trust Company, Defendant;

6. Arthur R. Redgrave, Defendant;
7. Joanne M. O'Connor, Attorney for Defendant;
8. Michael B. Habib, Attorney for Defendant;
9. Jones Foster P.A., Defendants' Attorneys' Firm;
10. Women in Distress of Broward County, Inc., Beneficiary of the Rosella Baldino Charitable Trust;
11. Covenant House, Beneficiary of the Rosella Baldino Charitable Trust;
12. National Coalition for the Homeless, Beneficiary of the Rosella Baldino Charitable Trust; and
13. Boston College, Beneficiary of the Rosella Baldino Charitable Trust.

**STATEMENT OF CITIZENSHIP OF THE PARTIES TO THIS ACTION**

1. Plaintiff Lisa Baldino is a citizen of the State of New Jersey.
2. Defendant The Coral Gables Trust Company is a citizen of the State of Florida.
3. Defendant Arthur R. Redgrave is a citizen of the State of Florida.

**CERTIFICATE OF NO CONFLICT OF INTEREST**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case upon its filing. I will immediately notify the Court in writing on learning of any such conflict.

Michael J. Geraghty, Esquire
(admitted *pro hac vice*)

By: */s/ Michael J. Geraghty*
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 071012
973-643-5548
973-643-6500
mgeraghty@sillscummis.com

Robert A. Selig, Esquire
Sills Cummis & Gross P.C.
222 Lakeview Avenue
Suite 800
West Palm Beach, Florida 33401
561-584-9955
561-828-0142
rselig@sillscummis.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, I caused the foregoing document to be electronically with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF for those counsel authorized to receive electronically Notices of Filing. There are no other parties that have appeared in this action entitled to notice of this filing.

By: */s/ Robert A. Selig*
Robert A. Selig, Esquire