UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-22281-GAYLES

LISA BALDINO,
Plaintiff(s),
v.
THE CORAL GABLES TRUST COMPANY, Individually and as Co-Trustee of the Rosella Baldino Trust, and ARTHUR R. REDGRAVE, Individually and as Co-Trustee of the Rosella Baldino Trust,
Defendant(s).
_______________________________________/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on November 10, 2025. The conference resulted in the following:

The following attorneys, parties, and corporate representatives attended and participated in the mediation conference:

The Plaintiff, all Defendants, their corporate representative, and their respective counsel.

NO AGREEMENT.
The parties did not reach an agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10th, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Charles M. Greene, Mediator
Mediator # 32403FRA
Upchurch Watson White & Max
Phone: 954-423-8856 Fax: 954-334-2838
cgreene@uww-adr.com